

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kennie Lewis Cook, Jr., Appellant

No. 06-20-00003-CR     v.

The State of Texas, Appellee

Appeal from the 5th District Court of Cass County, Texas (Tr. Ct. No. 2019F00102). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss participating. Dissenting Opinion by Justice Stevens.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for a new trial.

We further order that the appellee, the State of Texas, pay all costs of this appeal.

RENDERED OCTOBER 20, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk